# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST MILLER,<br><br>        Plaintiff,<br><br>   v.<br><br>KUBICKI, *et al.*,<br><br>        Defendants. | Case No.  1:20-cv-00812-BAM (PC)<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE WITHIN THIRTY DAYS<br><br>**THIRTY (30) DAY DEADLINE** |

Plaintiff Ernest Miller ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action under 42 U.S.C. § 1983.  Plaintiff initiated this action in the United States District Court for the Northern District of California on May 28, 2020.  The action was transferred to the Fresno Division of the Eastern District of California on June 11, 2020.  Plaintiff has not paid the $400.00 filing fee, or submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

Within **thirty (30) days** of the date of service of this order, Plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $400.00 filing fee for this action.  **No requests for extension will be granted without a showing of good cause.  Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

    Dated:  **June 12, 2020**                     /s/ *Barbara A. McAuliffe*
                                                                   UNITED STATES MAGISTRATE JUDGE